L. Harrison, Agent for the Florida Central and Peninsular Railroad Company, and the United States Fidelity and Guaranty Company, Plaintiffs in Error, v. J. L. Strange, Defendant in Error.

### Division A.

Writ of error to Circuit Court, Columbia county; John F. White, Judge.

Jno. A. Henderson and A. J. Henry for plaintiffs in error.

B. H. Palmer for defendant in error.

This action was brought by the defendant in error against the plaintiffs in error. There was judgment for the plaintiff, and the defendants take writ of error. The judgment is affirmed.

Decision *Per Curiam.*

---

William B. Haynes, Appellant, v. T. W. Bramlett, Appellee.

### Division B.

Appeal from Circuit Court, Pasco county; Joseph B. Wall, Judge.

Thomas E. Bugg and James T. Wills for appellant.

Hugh C. Macfarlane, Thomas M. Shackleford and James F. Glen for appellee.

The bill in this cause was filed by the appellant against the appellee. There was decree for the defendant, and the complainant appeals. Decree affirmed without prejudice.

Decision *Per Curiam.*